Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−31367−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Toni R Dixon
   1 Honeysuckle Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−0364

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/17/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 17, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                Case No. 19-31367-JNP
Toni R Dixon                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                           Page 1 of 3
Date Rcvd: Nov 17, 2023                    Form ID: 148                      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Toni R Dixon, 1 Honeysuckle Drive, Sicklerville, NJ 08081-4110 |
| aty | + | Kimberly Wilson, Robertson, Anschutz, Schneid Crane et al, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518565644 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 518565649 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518565646 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, Po Box 2097, Concord, NH 03302-2097 |
| 518734860 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518565652 | | Tri County Emergency Phys. LLC, 1600 E High St, Pottstown, PA 19464-5008 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Nov 18 2023 01:15:00 | Exeter Finance, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 17 2023 20:28:00 | NATIONSTAR MORTGAGE LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518565638 | ^ | MEBN | Nov 17 2023 20:25:18 | AFS/AmeriFinancial Solutions, LLC., Po Box 65018, Baltimore, MD 21264-5018 |
| 518565639 | + | EDI: CAPITALONE.COM | Nov 18 2023 01:15:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518565640 | + | Email/Text: bankruptcy@consumerportfolio.com | Nov 17 2023 20:29:00 | Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 518565641 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 17 2023 20:34:02 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518565642 | + | Email/Text: BNCnotices@dcmservices.com | Nov 17 2023 20:28:00 | Emergency Phy Of South Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518565643 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 17 2023 20:47:57 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 518586110 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 17 2023 20:47:14 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 518569743 | + | EDI: AISACG.COM | Nov 18 2023 01:15:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | OK 73118-7901 |
| 519117981 | | EDI: JEFFERSONCAP.COM | Nov 18 2023 01:15:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 519117982 | | EDI: JEFFERSONCAP.COM | Nov 18 2023 01:15:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302, JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 518651282 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 20:33:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518565645 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 17 2023 20:28:00 | Mr. Cooper/Nationstar, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518641036 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 17 2023 20:28:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, P.O. Box 619096, Dallas TX 75261-9096 |
| 518610092 | + | Email/Text: RASEBN@raslg.com | Nov 17 2023 20:28:00 | Nationstar Mortgage LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 520026246 | + | Email/Text: RASEBN@raslg.com | Nov 17 2023 20:28:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518610140 | + | Email/Text: RASEBN@raslg.com | Nov 17 2023 20:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518565647 | ^ | MEBN | Nov 17 2023 20:24:40 | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 518565650 | | Email/Text: info@phoenixfinancialsvcs.com | Nov 17 2023 20:27:00 | Phoenix Financial Services. Llc, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236 |
| 518800423 | | EDI: Q3G.COM | Nov 18 2023 01:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518800424 | + | EDI: Q3G.COM | Nov 18 2023 01:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518565648 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 17 2023 20:28:00 | NJ Division of Taxation, 50 Barrack Street 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 518567321 | + | EDI: AIS.COM | Nov 18 2023 01:15:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518565651 | + | EDI: RMSC.COM | Nov 18 2023 01:15:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518660332 | *+ | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-1      User: admin      Page 3 of 3
Date Rcvd: Nov 17, 2023      Form ID: 148      Total Noticed: 35

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Barbara J. Snavely | on behalf of Debtor Toni R Dixon jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Exeter Finance LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Kimberly A. Wilson | on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Jefferson Capital Systems LLC as assignee of Exeter Finance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 12